Lawrence J. Warfield
Bankruptcy Trustee
P.O. Box 14647
Scottsdale, AZ 85267
(480) 948-1711

UST-32, 3-03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| AMES, DAVID LAWRENCE | ) | CASE NO. 06-00226-PHX-GBN |
| AMES, NANCY LOU | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

Lawrence J. Warfield, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1020 | 05/03/10 | International Data Entry Corp.<br>c/o Law Offices of Paul Weich<br>4802 East Ray Road, Ste. 23-541<br>Phoenix, AZ 85044 | $16,719.39 |

_____  _____
DATE                     Lawrence J. Warfield, Trustee